## MEMORANDUM DECISIONS.

JOHN KROENERT, *Appellee,* v. H. B. SAWYER et al. (Ruben H. Sawyer, as Administrator, etc., *Appellant.*)

No. 17,639.

### OPINION ON REHEARING.

Appeal from Cowley district court. Opinion on rehearing filed December 7, 1912. Reaffirmed. (For original opinion, see 87 Kan. 374, 124 Pac. 418.)

*C. T. Atkinson,* of Arkansas City, for the appellant.

*John Parman,* of Arkansas City, for the appellee.

· *Per Curiam:* Upon a reconsideration of the original as well as the supplemental abstract, the court adheres to the judgment of affirmance originally rendered and to the views expressed in the former opinion. (*Kroenert v. Sawyer,* 87 Kan. 374, 124 Pac. 418.)

THE STATE OF KANSAS, *Appellee,* v. WALTER BERGER, *Appellant.*

No. 17,986.

### OPINION ON REHEARING.

Appeal from Stafford district court. Opinion on rehearing filed December 7, 1912. Reaffirmed. (For original opinion, see 87 Kan. 479, 124 Pac. 400.)

*George A. Neeley, A. C. Malloy,* and *F. Dumont Smith,* all of Hutchinson, for the appellant.

*John S. Dawson,* attorney-general, *Ray H. Beals,* county attorney, and *Paul R. Nagle,* of St. John, for the appellee.

*Per Curiam:* On reconsideration the court is satisfied with the former decision in this case (*The State v. Berger,* 87 Kan. 479, 124 Pac. 400), and it is adhered to.